**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| QUANTUM FOODS, LLC, *et al.*,[1] | Case No. 14-10318 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1618** |
| The Official Committee of Unsecured Creditors of Quantum Foods, LLC, *et al.*, | |
| Plaintiff/Counterclaim Defendant, | |
| v. | |
| Tyson Fresh Meats, Inc. and Tyson Sales & Distribution, Inc., | Adv. No. 15-50254 (KJC) |
| Defendants/Counterclaim Plaintiff/Third-Party Plaintiff, | |
| v. | |
| Quantum Foods, LLC; Quantum Foods 213-D, LLC; Quantum Culinary, LLC; GDC Logistics, LLC; Choice One Foods, LLC, | **Re: Adv. Docket No. 95** |
| Third-Party Defendants. | |

## NOTICE OF SERVICE OF CONSUMMATED PARTIAL ASSIGNMENT

Defendants Tyson Fresh Meats, Inc. ("Tyson") and Tyson Sales & Distribution, Inc. ("TSD") (Tyson and TSD are collectively, the "Defendants"), by and through their undersigned

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Quantum Foods, LLC (9437); Quantum Foods 213-D, LLC (1862); Quantum Culinary, LLC (1302); GDC Logistics, LLC (1997); Choice One Foods, LLC (9512). The Debtors' mailing address is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

KCP-4781294-2

attorneys, submit this Notice of Service of Consummated Partial Assignment and state as follows:

1. On December 21, 2016, the Official Committee of Unsecured Creditors ("Committee") filed its *Motion of the Official Committee of Unsecured Creditors for Approval of Settlement Agreement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure* ("9019 Motion") [D.I. 1601]. Attached as "Exhibit 1" to the 9019 Motion was a copy of the Settlement Agreement between the Committee, the Debtors, Tyson and TSD.

2. The Settlement Agreement required the Defendants to deliver to the Committee for the benefit of the Debtors' estates the sum of $300,000.00 ("Settlement Sum") in full satisfaction of the avoidance claims against the Defendants.

3. The Settlement Agreement further provided that, concurrently with the payment of the Settlement Sum, TFM was to execute and deliver a partial assignment (the "Partial Assignment") of $1,250,000 of TFM's allowed administrative expense claim [*see* D.I. 536] to Crystal Financial LLC.

4. On January 17, 2017, the Bankruptcy Court entered its *Order Approving Settlement Agreement Pursuant to Fed. R. Bankr. P. 9019* ("Order") [D.I. 1618; Adv. D.I. 95] wherein the 9019 Motion was approved. No appeals of the Order were taken and the Order became final and non-appealable on January 31, 2017.

5. Notice is hereby given that, on February 1, 2017, the Defendants sent the Settlement Sum via Federal Express (overnight delivery) to:

>Devon J. Eggert, Esq.
>Freeborn & Peters LLP
>311 South Wacker Drive, Suite 3000
>Chicago, IL  60606
>
>*Counsel for the Committee*

6.      Additionally, on February 1, 2017, Tyson signed the Partial Assignment and delivered a copy of that executed document via email to the following:

| | |
|---|---|
| Devon J. Eggert, Esq.<br>Freeborn & Peters LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL  60606<br>Email: deggert@freeborn.com<br><br>*Counsel for the Committee* | Donald E Rothman, Esq.<br>Riemer | Braunstein LLP<br>Three Center Plaza, Suite 600<br>Boston, Massachusetts 02108<br>Seven Times Square, Suite 2506<br>New York, New York 10036<br>Email: DRothman@riemerlaw.com<br><br>*Counsel for Crystal Financial LLC* |

Dated:  February 1, 2017                        Respectfully submitted,

WERB & SULLIVAN

By: /s/ Matthew P. Austria
Matthew P. Austria (No. 4827)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
(For courier: 19801)
Telephone: (302) 652-1100
Email: maustria@werbsullivan.com

-and-

HUSCH BLACKWELL LLP

Michael D. Fielding MO 53124 KS 20562
*Admitted pro hac vice*
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000; FAX (816) 983-8080
michael.fielding@huschblackwell.com

*Attorneys for Defendants/Counterclaim Plaintiff/Third-Party Plaintiff Tyson Fresh Meats, Inc. and Tyson Foods, Inc.*